# United States Bankruptcy Court
## District of Nevada

Case No. **09–25317–bam**
**Chapter 13**

In re: (Name of Debtor)
    JAVIER SANTANA
    5224 RAPPAHANOCK STREET
    LAS VEGAS, NV 89122

## ORDER DISCHARGING TRUSTEE AND CLOSING OF DISMISSED CASE

The estate of the above named debtor(s), having been Dismissed by Court Order, **IT IS HEREBY ORDERED THAT:**

    RICK A. YARNALL, Trustee

is discharged as trustee of the estate of the above named debtor(s) and the Bankruptcy is hereby closed.

Dated: 4/12/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court